UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:22mj03585 Becerra

UNITED STATES OF AMERICA

vs.

KEVIN ANTONIO POLANCO, and
JOAN MARTINEZ GARCIA,

Defendants.
_____/

**CRIMINAL COVER SHEET**

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___Yes  _x_ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___Yes  _x_ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

BY: _____
KEVIN J. LARSEN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. A5501050
99 NE 4th Street
Miami, Florida 33132-2111
Tel (305) 961-9176
Kevin.larsen2@usdoj.gov

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| v. | ) |
| | ) Case No. 1:22mj03585 Becerra |
| JOAN MARTINEZ GARCIA, and | ) |
| KEVIN ANTONIO POLANCO, | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Beginning on an unknown date and continuing through on or about __September 2, 2022,__ upon the high seas outside the jurisdiction any particular state or district, in international waters, while on board a vessel subject to the jurisdiction of the United States, the defendant(s) violated:

*Code Section*             *Offense Description*

Title 46, United States Code, Section 70506(b)    Conspiracy to possess with intent to distribute five kilograms or more of a mixture and substance containing a detectible amount of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of 46 U.S.C. § 70503(a)(1); all in violation of 46 U.S.C. § 70506(b).

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

DEA SA Garrett Redfern
*Printed name and title*

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone.

Date: 9/15/2022

*Judge's signature*

City and state: Miami, Florida      Hon. Jaqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Garrett B. Redfern, being duly sworn, hereby depose and state as follows:

1. I am a Special Agent with the United States Drug Enforcement Administration (DEA) and have been so employed since 2021. As a DEA Special Agent, I am empowered by law to conduct investigations of, within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Titles 18, 21 and 46 of the United States Code. I am currently assigned to the DEA's Miami Field Division, High Intensity Drug Trafficking Area ("HIDTA") in Miami, Florida. I have personally conducted and participated in numerous investigations resulting in the arrest and prosecution of various individuals for federal narcotics violations. Based on my training and experience as a Special Agent with the DEA, I am familiar with the manner in which narcotics traffickers and narcotics trafficking organizations operate, including maritime drug traffickers. I am also knowledgeable about federal criminal statutes, particularly narcotics statutes.

2. The facts set forth in this Affidavit are based on my personal knowledge as well as information obtained from others. This Affidavit is submitted for the limited purpose of establishing probable cause in support of a Criminal Complaint against **Joan MARTINEZ GARCIA,** and **Kevin Antonio POLANCO,** for knowingly and willfully conspiring to possess with intent to distribute five kilograms or more of cocaine while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

3. On or about September 2, 2022, a U.S. Maritime Patrol Aircraft ("MPA") spotted a north bound

1

go-fast vessel ("GFV") approximately 80 nautical miles North of Punta Gallinas, Colombia in international waters, displaying no indicia of nationality, and upon the high seas. The United States Coast Guard Cutter ("CGC") LEGARE, diverted to investigate. Once in the vicinity, the CGC LEGARE launched its helicopter and over the horizon ("OTH") boat with a boarding team ("BT"). At this time, the boarding team observed the GFV jettisoning packages prior to the boarding team arriving on position and gaining positive control of the GFV.

4. Once the BT gain positive control of the GFV it encountered two (2) persons on board who were later identified as **Joan MARTINEZ GARCIA, and Kevin Antonio POLANCO.** Neither of the two (2) persons on board identified themselves as the master of the GFV nor made any verbal claim of nationality for themselves or the vessel, and no flag or vessel documentation was located on board. Accordingly, the GFV was treated as a vessel without nationality and therefore subject to the jurisdiction of the United States. A full law enforcement boarding then followed.

5. The CGC LEGARE was able to recover a total of sixteen (16) bales with a total at-sea weight of approximately 576 kilograms of suspected cocaine. Two field tests were subsequently conducted on the recovered contraband, those tests each yielded positive results for cocaine.

6. The GFV crew **(Joan MARTINEZ GARCIA, and Kevin Antonio POLANCO),** along with the suspected cocaine were transferred to the GCC LEGARE to await transfer to the custody of U.S. law enforcement.

7. On September 15, 2022, the United States Coast Guard will transfer custody of **Joan MARTINEZ GARCIA, and Kevin Antonio POLANCO** to United States law enforcement officers, who, on that same day, will escort the individuals to Miami, Florida, where they will first enter the United States.

8. Based on the foregoing facts, I submit that probable cause exists to believe that **Joan MARTINEZ**

**GARCIA, and Kevin Antonio POLANCO,** did knowingly and willfully conspire to possess with intent to distribute five kilograms or more of cocaine, while on board a vessel subject to the jurisdiction of the United States, in violation of Title 46, United States Code, Section 70506(b).

**FURTHER AFFIANT SAYETH NAUGHT.**

*Garrett Redfern*
SPECIAL AGENT GARRETT REDFERN
DRUG ENFORCEMENT ADMINISTRATION

Attested to by the Affiant in accordance with the requirements of Fed.R.Crim.P. 4.1 by telephone this 15th day of September, 2022.

JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF FLORIDA

3